DLA PIPER LLP (US)
GINA DURHAM (Illinois SBN: 629684)
(*pro hac vice* application to be filed)
(Gina.Durham@dlapiper.com)
SHANNON MO (California SBN: 267720)
(Shannon.Mo@dlapiper.com)
AMANDA MORGAN (California SBN: 246277)
(Amanda.Morgan@dlapiper.com)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Telephone:     415.836.2500
Facsimile:     415.836.2501

Attorneys for Defendant and Counter-Plaintiff
TRIOLOGY, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIAN LABS INC., a Delaware corporation<br><br>          Plaintiff,<br><br>v.<br><br>TRIOLOGY, LLC, a Delaware limited liability company, and DOES 1-10,<br><br>          Defendants. | CASE NO.  4:13-cv-04791-SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (GINA L. DURHAM) (CIVIL LOCAL RULE 11-3)** |
| TRIOLOGY, LLC, a Delaware limited liability company, and DOES 1-10,<br><br>          Counter-Plaintiffs,<br><br>v.<br><br>MELIAN LABS INC., a Delaware corporation<br><br>          Counter-Defendant. | |

I, Gina L. Durham, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Defendant and Counter-Plaintiff TRIOLOGY, LLC, in the above-entitled action. My

-1-

-3-

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gina L. Durham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/22/2014

*Saundra B. Armstrong*
UNITED STATES DISTRICT JUDGE

local co-counsel in this case is Shannon Mo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of Record: | Local Co-Counsel's address of Record: |
|---|---|
| DLA Piper LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA  94105-2933 | DLA Piper LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA  94105-2933 |
| My Telephone Number of Record: | Local Co-Counsel's Telephone Number of Record: |
| 415-836-2506 | 415-836-2517 |
| My E-Mail Address of Record: | cal Co-Counsel's E-Mail Address of Record: |
| Gina.Durham@dlapiper.com | Shannon.Mo@dlapiper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 629684.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/14/2014

_____
APPLICANT

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Gina Louise Durham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, February 25, 2013.

*Carolyn Taft Grosboll*
Clerk