UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELIAN LABS INC., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>TRIOLOGY LLC, a Delaware limited liability company, and DOES 1-10,<br><br>        Defendants.<br><br>AND COUNTERCLAIMS. | Case No: C 13-4791 SBA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND**<br><br>Docket 25 |

On January 21, 2014, Plaintiff filed a motion for leave to file a first amended complaint. Dkt. 25. On February 3, 2014, Defendant filed a statement of non-opposition to Plaintiff's motion.

Accordingly,

IT IS HEREBY ORDERED THAT:

1.   Plaintiff's motion for leave to file a first amended complaint is GRANTED. Plaintiff shall file the proposed first amended complaint (Dkt. 25-1) by no later than seven (7) days from the date this Order is filed.

2.   This Order terminates Docket 25.

IT IS SO ORDERED.

Dated:  2/10/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge