UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELIAN LABS INC., a Delaware corporation,<br><br>      Plaintiff,<br>  v.<br><br>TRIOLOGY, LLC, a Delaware limited liability company, and DOES 1-10,<br><br>      Defendants.<br><br>AND COUNTERCLAIMS. | Case No:  C 13-4791 SBA<br><br>**ORDER**<br><br>Docket 53 |

On August 11, 2014, Melian Labs, Inc. ("Melian") filed an ex parte motion for order shortening time for hearing on its motion to continue pretrial dates and trial date.  Dkt. 53. Triology, LLC ("Triology") opposes the motion.  Dkt. 54.  Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS IN PART Melian's motion.  The hearing on the motion to continue pretrial dates and trial date is advanced from September 16, 2014 to September 9, 2014.  Triology's opposition brief is due on August 22, 2014.  Melian's reply brief is due on August 26, 2014.  This Order terminates Docket 53.

    IT IS SO ORDERED.

Dated:  8/20/2014

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge