| | |
|---|---|
| 1 | OLIVIER A. TAILLIEU (SBN 206546) |
| |    o@taillieulaw.com |
| | RAFFI V. ZEROUNIAN (SBN 236388) |
| 2 |    rz@taillieulaw.com |
| | **THE TAILLIEU LAW FIRM LLP** |
| 3 | 450 N. Roxbury Drive, Suite 700 |
| | Beverly Hills, CA 90210 |
| 4 | Telephone: (310) 651-2440 |
| | Facsimile: (310) 651-2439 |
| 5 | |
| | Attorneys for Plaintiff and Counter-Defendant |
| 6 | MELIAN LABS INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELIAN LABS INC.**, a Delaware corporation, | Case No. 4:13-cv-04791-SBA |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE PRETRIAL DATES AND TRIAL DATE** |
| v. | |
| **TRIOLOGY, LLC**, a Delaware limited liability company, and DOES 1-10, | |
| Defendants. | |
| | |
| **TRIOLOGY, LLC,** a Delaware limited liability company, and DOES 1-10, | DATE: September 16, 2014<br>TIME: 1:00 pm<br>JUDGE: Hon. Saundra Brown Armstrong |
| Counter-Plaintiffs, | |
| v. | |
| **MELIAN LABS INC.,** a Delaware corporation, | |
| Counter-Defendant. | |

-1-

ORDER GRANTING MOTION TO CONTINUE

Plaintiff and cross-defendant Melian Labs Inc. ("Plaintiff" or "Melian Labs") sought leave to continue the pretrial and trial deadlines. Having carefully considered the Motion for Leave to Continue Pretrial Dates and Trial Date, the papers submitted in opposition thereto and the pleadings in this action, the Court hereby **GRANTS** the Motion for Leave to Continue Pretrial Dates and Trial Date.

The Court revises the April 2, 2014 Scheduling Order as follows:

| Deadline | 4/2/14 Pretrial Order | New Dates |
| --- | --- | --- |
| Close of Discovery | 9/15/14 | 11/17/14 |
| Expert Designation | 9/15/14 | 11/17/14 |
| Rebuttal Disclosures | 10/6/14 | 12/8/14 |
| Close of Expert Discovery | 10/27/14 | 12/29/14 |
| Motion Cutoff | 12/9/14 | 2/3/15 |
| Mandatory Settlement Conference | 12/15/14 - 1/2/15 | 2/4/15 - 2/27/15 |
| Pretrial Preparation | 1/6/15 | 3/31/15 |
| Motions in Limine and Objections to Evidence | 1/13/2015 (moving)<br>1/20/2015 (opposition)<br>1/27/2015 (reply) | 4/7/2015<br>4/14/2015<br>4/21/2015 |
| Pretrial Conference | 2/17/2015 | 5/12/2015 |
| Trial | 2/23/2015 | 5/18/2015 |

**IT IS SO ORDERED.**

Dated: 9/10/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE